IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANA RAMIREZ and ALL OTHERS SIMILARLY SITUATED, Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-07-3780 |
| DON DYER, Individually, BRENT SOUTHWELL, Individually, and PROFESSIONAL JANITORIAL SERVICE OF HOUSTON, INC., Defendants. | § | |

**ORDER OF DISMISSAL**

More than 120 days have passed since this case was filed on November 8, 2007. Paragraph 9 of the court's Order for Conference (Docket Entry No. 2) states:

> Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

The court's file reflects no proof of service of summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice for plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2008.

SIM LAKE
UNITED STATES DISTRICT JUDGE