IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANA RAMIREZ and ALL OTHERS SIMILARLY SITUATED, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-07-3780 |
| DON DYER, Individually, BRENT SOUTHWELL, Individually, and PROFESSIONAL JANITORIAL SERVICE OF HOUSTON, INC., | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Order of Dismissal, this action is **DISMISSED without prejudice.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2008.

SIM LAKE
UNITED STATES DISTRICT JUDGE